## MARY A. BUSSEY and Nella B. Adams, Suing for the Use of Geo. W. Lynn, v. CARLOS N. BOYNTON.

(147 N. W. 264.)

**Stipulation — judgment — motion to be relieved from — appeal — errors — moot questions — dismissal.**

Opinion filed April 13, 1914.

Appeal from the District Court of Emmons County, *Winchester,* J. Dismissed.

*Watson & Young,* Fargo, N. D. (*Durment, Moore, & Oppenheimer,* and *Ashley Coffman,* of St. Paul, Minn., of counsel), for appellant.

*R. N. Stevens,* Bismarck, N. D., *Harry C. Lynn,* Linton, N. D., and *Newton, Dullam, & Young,* Bismarck, N. D., for respondents.

PER CURIAM. This appeal involves a motion of the defendant to be relieved from a judgment taken against him upon stipulation. The lands in controversy are those involved in the four cases of Patterson Land Co. v. Lynn, ante, 391, 147 N. W. 256; Hackney v. Lynn, ante, 458, 147 N. W. 263; Hoerr v. Lynn, ante, 449, 147 N. W. 263; and Boynton v. Lynn, ante, 457, 147 N. W. 263, recently decided by this court. The four cases mentioned above settle the entire controversy, and there is no necessity for a decision upon the errors herein assigned, the same being now merely moot questions. The appeal will be dismissed.